IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LUCY MARTINEZ HARKIN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration,<br><br>    Defendant. | § § § § § § § § § § § § § § | Civil Action No. 7:11-cv-00138-O-KA |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Robert K. Roach made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED** on this **22nd day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE